**DISMISS and Opinion Filed October 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00516-CV

**THEOMAS RHODES, Appellant**

**V.**

**ABEL SAUCEDO, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01967-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The clerk's record in this case is past due. By letter dated July 18, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b), 42.3 (b), (c).


      /Carolyn Wright/
      CAROLYN WRIGHT
      CHIEF JUSTICE


180516F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THEOMAS RHODES, Appellant

No. 05-18-00516-CV          V.

ABEL SAUCEDO, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-01967-B.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ABEL SAUCEDO recover his costs of this appeal from appellant THEOMAS RHODES.

Judgment entered October 4, 2018.